IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAHNAZ ZARIF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:16-cv-7501 |
| ) | |
| ACENTRAL CREDIT SERVICES, LLC, ) | Hon. Charles R. Norgle |
| ) | |
| Defendant. ) | |

## ORDER

On June 13, 2018, the Parties entered a stipulation of dismissal with prejudice. Accordingly, the case is dismissed with prejudice. Civil Case Terminated.
    IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: July 31, 2018